IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00072-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC G. ALEXANDER,

        Defendant.

---

## ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER was before the Court upon a petition filed by the probation officer alleging that the defendant has violated the conditions of his supervised release. The defendant admits to the violations of supervised release as alleged in the probation officer's petition. The Court finds that the defendant has violated the terms and conditions of supervised released. Further, the Court determines that deferring the dispositional hearing until a later date and continuing the defendant on supervision is appropriate in this case. Accordingly, it is

ORDERED that the dispositional hearing in this matter is deferred until a later date, and the defendant's term of supervised release shall continue with the added condition that the defendant reside in a Residential Re-Entry Center for a period of six (6) months to commence at the direction of the probation officer. The defendant shall observe the rules of that facility. It is

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

        DATED at Denver, Colorado, this 18th day of July, 2008.


        BY THE COURT:


        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        United States District Judge